The CLEVELAND PNEUMATIC TOOL COMPANY, Appellant, v. Albert T. SCHEIWER and Joseph J. SCHEIWER, Appellees.

No. 7839.

Circuit Court of Appeals, Sixth Circuit.
Oct. 13, 1937.

Richey & Watts, of Cleveland, Ohio, for appellant.

Frank M. Slough, of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on to be heard, and it appearing to the court here that a stipulation by counsel of the respective parties to dismiss this appeal without costs to either party, and that appellant pay the costs pertaining to said dismissal in this court, and that the cost bond executed by the appellant, The Cleveland Pneumatic Tool Company, and its sureties, be canceled and the liability of the obligors discharged, has been filed in this cause, it is therefore ordered and decreed that this appeal be, and the same is hereby, dismissed without costs to either party, that the appellant pay the costs pertaining to said dismissal in this court, and that the cost bond executed by the appellant, the Cleveland Pneumatic Tool Company, be canceled and the liability of the obligors discharged.

Appeal dismissed.

COMMISSIONER OF INTERNAL REVENUE v. DERBY REALTY CORPORATION.

No. 7835.

Circuit Court of Appeals, Sixth Circuit.
Oct. 13, 1937.

James W. Morris, Morrison Shafroth, and Sewall Key, all of Washington, D. C., for petitioner.

B. Dave Bushaw, of Detroit, Mich., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by petitioner, accompanied by certificate of the clerk of the Board of Tax Appeals, as provided by rule 18, and it further appearing that respondent has consented to the granting of said motion, it is ordered that the appeal be, and the same is, docketed and dismissed, the costs to be charged against the government as constructive earnings.

Appeal docketed and dismissed.